**No. 10-606. In re Scott Alan Heimermann, Petitioner.**

562 U.S. 1252, 131 S. Ct. 1559, 179 L. Ed. 2d 366, 2011 U.S. LEXIS 1122.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1090, 131 S. Ct. 807, 178 L. Ed. 2d 546, 2010 U.S. LEXIS 9568.

---

**No. 10-6014. Maurice J. Johnson, Petitioner v. Joseph D. Valentino, et al.**

562 U.S. 1252, 131 S. Ct. 1560, 179 L. Ed. 2d 366, 2011 U.S. LEXIS 1202.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1007, 131 S. Ct. 509, 178 L. Ed. 2d 377, 2010 U.S. LEXIS 8488.

---

**No. 10-6024. Frank D'Antuono, Petitioner v. James T. Conway, Superintendent, Attica Correctional Facility.**

562 U.S. 1252, 131 S. Ct. 1560, 179 L. Ed. 2d 366, 2011 U.S. LEXIS 1118.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1007, 131 S. Ct. 510, 178 L. Ed. 2d 378, 2010 U.S. LEXIS 8652.

---

**No. 10-6079. Susan Stowell, Petitioner v. Toll Brothers, Inc.**

562 U.S. 1252, 131 S. Ct. 1560, 179 L. Ed. 2d 366, 2011 U.S. LEXIS 1286.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1008, 131 S. Ct. 514, 178 L. Ed. 2d 380, 2010 U.S. LEXIS 8505.

---

**No. 10-6480. Roosevelt Washington, Petitioner v. Michael Wilson.**

562 U.S. 1252, 131 S. Ct. 1560, 179 L. Ed. 2d 366, 2011 U.S. LEXIS 1275.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1048, 131 S. Ct. 607, 178 L. Ed. 2d 443, 2010 U.S. LEXIS 8891.

---

**No. 10-6600. Yolonda T. Strong, Petitioner v. New York City Department of Education.**

562 U.S. 1252, 131 S. Ct. 1560, 179 L. Ed. 2d 366, 2011 U.S. LEXIS 1177.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1068, 131 S. Ct. 652, 178 L. Ed. 2d 490, 2010 U.S. LEXIS 9286.